ANDREA T. MARTINEZ, Acting United States Attorney (#9313)
ADAM ELGGREN, Assistant United States Attorney (#11064)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED US District Court-UT
SEP 15 '21 PM 04:30

**SEALED**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ANTHONY PASCAL MOUILLE, <br><br> Defendant. | INDICTMENT <br><br> Counts 1-3: 18 U.S.C. § 1343, Wire Fraud. <br><br><br> Case: 2:21-cr-00389 <br> Assigned To : Sam, David <br> Assign. Date : 9/15/2021 |

The Grand Jury charges:

A.   BACKGROUND

At all times relevant to this Indictment:

1. ANTHONY PASCAL MOUILLE was a resident of Utah, living in Davis and Salt Lake Counties.

2. MOUILLE was the owner and sole proprietor of All Trades Customs, P.L.L.C., a corporation which he organized on August 24, 2020.

Small Business Administration

3.  The United States Small Business Administration ("SBA") was an executive-branch agency of the United States government that provided support to entrepreneurs and small businesses. The mission of the SBA was to maintain and strengthen the nation's economy by enabling the establishment and viability of small business and by assisting in the economic recovery of communities after disasters.

4.  As part of this effort, the SBA facilitated loans through banks, credit unions, and other lenders. The federal government backed these loans. The SBA also directly provided some loans.

The Economic Injury Disaster Loan Program

5.  The Coronavirus Aid, Relief, and Economic Security (CARES) Act was a federal law enacted in or around March 2020 and designed to provide emergency financial assistance to the millions of Americans who were suffering the economic effects caused by the COVID-19 pandemic. One source of relief provided by the CARES Act was the authorization of up to $10 billion to expand the SBA's Economic Injury Disaster Loan (EIDL) program.

6.  In order to obtain an EIDL, a qualifying business was required to submit a loan application to the SBA signed by an authorized representative of the business. The EIDL application required the business (through its authorized representative) to acknowledge the program rules and make certain

affirmative certifications in order to be eligible to obtain the loan. One such certification required the applicant to answer whether they had been convicted of a felony within the previous five years. Another such certification required the applicant to list the gross revenue for the prior 12 months and another the number of employees as of January 31, 2020.

7. EIDL applications are processed and funded by the SBA. Data in the application, including background information about the applicant and the listed number of employees, was transmitted to the SBA in the course of processing the loan.

8. EIDL proceeds were required to be used by the business on certain permissible expenses, including payroll costs, mortgage interest, rent, and utilities. Under the applicable rules and guidance, the interest and principal on the EIDL was eligible for forgiveness if the business was eligible for the loan it received, spent the loan proceeds on these permissible expense items within a designated period of time, and used a certain portion of the loan proceeds for payroll expenses.

**COUNTS 1-3**
18 U.S.C. § 1343
(Wire Fraud)

B. THE SCHEME TO DEFRAUD

9. Beginning in or around August 2020 and continuing until in or around November 2020, in the District of Utah and elsewhere, defendant MOUILLE, knowingly and with intent to defraud, devised and executed a

3

scheme and artifice to obtain monies, funds, credits, assets and other property owned by and in the custody and control of SBA by means of materially false and fraudulent pretenses, representations and promises, and the concealment of material facts.

10. The fraudulent scheme operated and was carried out, in substance, as follows:

   a. Defendant MOUILLE submitted, and caused to be submitted, an EIDL application to the SBA for a loan of $10,000 on behalf of All Trades Customs. The loan application was false and fraudulent in that it contained material false statements and was accompanied by fraudulent documents purporting to demonstrate All Trades Customs' eligibility for the loan.

   b. In particular, defendant MOUILLE made, and caused to be made, materially false statements in the loan application, which MOUILLE knew to be false when he made them and caused them to be made, including:

      i. Defendant MOUILLE represented that he had not been convicted of a felony offense within the five years prior to the application date, when, in fact, he had been;

      ii. Defendant MOUILLE represented that All Trades Customs had been founded prior to the year 2020 when, in fact, it had not; and

4

      iii. Defendant MOUILLE represented that the funds sought through the EIDL application would be used to pay legitimate business expenditures such as payroll, when, in fact, he knew that All Trades Customs had no such expenses.

  c. Defendant MOUILLE also submitted, and caused to be submitted, false documents in support of the EIDL application, which documents defendant MOUILLE knew were false, including a financial institution statement purporting to reflect his and his company's account, but which had been altered and, in fact, corresponded to another individual's account.

  d. Defendant MOUILLE did not use the EIDL proceeds to pay for legitimate business expenses, but instead used the funds for his own personal expenses, such as credit payments and bills.

C.    EXECUTION OF THE SCHEME – USE OF WIRES

12.    On or about the following dates, in the District of Utah and elsewhere, Defendant ANTHONY PASCAL MOUILLE, for the purpose of executing and attempting to execute the above-described scheme to defraud, transmitted and caused to be transmitted by means of interstate wire writings, signs, signals, pictures and sounds, to wit:

| COUNT | DATE | USE OF WIRES |
|---|---|---|
| Count 1 | 10/26/2020 | Submitted or caused to be submitted a fraudulent application electronically via wire to the SBA requesting a loan under the EIDL program for $10,000 |
| Count 2 | 11/6/2020 | Caused a wire to be sent approving the loan, based upon the fraudulent application, from the appointed SBA loan officer to the SBA's central loan processing center |
| Count 3 | 11/9/2020 | Caused a transmission of funds by wire in the amount of $10,000 from SBA to Mouille's account, no. 6638…, at Security Services Credit Union |

All in violation of 18 U.S.C. § 1343, Wire Fraud.

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

ANDREA T. MARTINEZ
Acting United States Attorney

/s/
_____
ADAM ELGGREN
Assistant United States Attorney

6